

**R O G E R S**
**H O F R I C H T E R**
**& K A R R H** LLC

| **Main Office &** | 770. 460. 1118  *Tel* | **GREG ROGERS** |
| **Mailing Address** | 877. 670. 6747  *Toll free* | **MICHAEL HOFRICHTER** |
| 225 S. Glynn St. Ste. A | 770. 460. 1920  *Fax* | **& HEATHER KARRH** |
| Fayetteville, GA 30214 | **www.roholaw.com** | *Attorneys at Law* |

November 7, 2014

Judge William S. Duffey Jr.
1721 Richard B. Russell Federal Bldg.
& United States District Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

     RE:   ***Amberley N. Chamlee v. Bankers Life & Casualty Company***
               ***Civil Action File No. 1:14-cv-01136-WSD***

Dear Judge Duffey, Jr.:

     Please be advised that the above case has settled.  However, we have not worked out all the details regarding settlement papers and payment, although, we have agreed on an amount.  We will be filing a Dismissal once we get the settlement paperwork in.  If you could please administratively close this case, we would greatly appreciate it.

     With kind personal regards,

                              Sincerely,

                              ROGERS, HOFRICHTER & KARRH, LLC

                              *Heather K. Karrh*

                              Heather K. Karrh

HKK/klb
cc:     Jody Charles Campbell, Esq.
         Tom Lacey, Esq.