IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMBERLEY N. CHAMLEE,

           Plaintiff,

v.

BANKERS LIFE & CASUALTY COMPANY,

           Defendant.

1:14-cv-1136-WSD

## ORDER

The parties have advised the Court that the above case has settled. The parties are directed to file a stipulation of dismissal on or before February 16, 2015. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED**, this 9th day of December, 2014.

_/s/ William S. Duffey, Jr._
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE