# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMBERLEY N. CHAMLEE ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:14-CV-01136-WSD |
| BANKERS LIFE & CASUALTY ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Now come plaintiff **AMBERLEY N. CHAMLEE** and defendant, **BANKERS LIFE & CASUALTY COMPANY**, being all parties who have appeared in this action, through their respective attorneys of record, and, pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(ii), stipulate that the above-styled action be dismissed with prejudice; provided, however, that such dismissal shall be without prejudice as to any claim arising out of acts or omissions or claims for loss of income arising after November 6, 2014.

Each party shall bear her/its own costs and expenses of litigation.

This 23rd day of December, 2014.

*s/Heather K. Karrh*
Heather K. Karrh
Ga. State Bar No. 408379
Attorney for Plaintiff

**ROGERS, HOFRICHTER& KARRH, LLC**
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118 (telephone)
(770) 460-0920 (facsimile)

*s/Jody C. Campbell*
BRET J. CHANESS
Ga. State Bar No. 720572
JODY C. CAMPBELL
Ga. State Bar No. 308466
Attorneys for Defendant

**RUBIN LUBLIN, LLC**
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770)246-3324

## CERTIFICATE OF SERVICE

I certify that the foregoing *Stipulation of Dismissal* was served upon the following parties on the 23rd day of December, 2014, by operation of the court's electronic filing system. Parties may access this filing through the Court's system:

Heather K. Karrh
ROGERS HOFRICHTER & KARRH, LLC
225 South Glynn Street, Suite A
Fayetteville, GA 30214


RUBIN LUBLIN, LLC

*/s/ Jody C. Campbell*

BRET J. CHANESS (GA Bar # 720572)
JODY C. CAMPBELL (GA Bar #308466)
*Attorneys for Bankers Life and Casualty*
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 921-9016 (Facsimile)
jcampbell@rubinlublin.com

3